## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Luis Ramiro AVILES, Guillermo BENELLI, Alejandro BERGER, Hector Ruben BIRCZ, Ricardo Osvaldo BLUTHGEN, Jose Maria CABRERA, Gustavo CANIL, Hugo Leonardo CARLINI, Pablo CODEVILLA, Matias Luis COLL, Maria Teresa del Carmen CORREA AVILA, Moises Luis COTLER, Marcello Luis DE LEO, Diego DI MAGGIO, Jorge Daniel DIZ, Silvio Roberto DONATO, Cristian Horacio ERNST, Carlos Adrian FERRETI, Jorge Alberto FORLANO, FUNDACION FIORENZO, Jose Antonio GARCIA, Sebastian GIL GARRO, Luis Miguel GIRARDOTTI, Francisco Javier GOMEZ RONCO, Jose Antonio GONZALEZ, Maria Elena GONZALEZ, Fernando E. GRANDA, Manuel HERRERA, Tomas Victoriano HERRERO, Monica HUISMAN, Ana Maria KRIEGER, KP VENTURES, S.A., Graciela Stella Maris MAGLIANO, Maria Beatriz MARQUINEZ, Alberto MARTINEZ, Fernando MATARAZZO, Rafael MENDOZA DE LA TORRE, Mariano Jorge MIRANDA, Martin MIRANDA, Carlos Gabriel MIYAGI, Silvana MONTEFIORE, Jose Luis PATRIGNANI, Enrique Horacio PICADO, Lucila Elena PAILLARD POLERO, Pablo Gabriel POTOKSKI, Victor Roberto POGGI, PRENTON INDUSTRY LTD, Ricardo PUJALS, Diego Luis RIOS, Norberto Vicente RODRIGUEZ, Pablo RODRIGUEZ FALCON, Gonzalo SANCHEZ PUPULLO, Graciela Silva SIGUENZA, Marcelo SUGIER, Hugo A. UNTERSANDER, ULAN BATOR PROJECT, LTD, Christine A. VERSE, Juan Antonio VIRAG, Carlos Alberto WEHBI, Cesar R. ZUCCHINO,<br><br>    Plaintiffs.<br><br>vs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **CASE NO. 1:17-CV-02987-JPO** |

| | |
|---|---|
| S&P GLOBAL, INC., WELLS FARGO BANK, N.A., WELLS FARGO BANK NORTHWEST, N.A., WELLS FARGO DELAWARE TRUST COMPANY, ITM TWENTYFIRST, LLC, PORTSMOUTH SETTLEMENT COMPANY I, LLC & Roy G. SMITH,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The undersigned attorney, Wm. Paul Lawrence, II., makes his appearance in this case and shall appear as counsel of record for plaintiffs.

**WATERS & KRAUS, LLP**

*/s/ Wm. Paul Lawrence, III*
Wm. Paul Lawrence, II
37163 Mountville Rd.
Middleburg, VA 20117
Telephone: 540-687-6999
Fax: 540-687-5457
plawrence@waterskraus.com

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document, and all related attachments, was served via electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on this the 27th day of June, 2017.

*/s/ Wm. Paul Lawrence, III*
Wm. Paul Lawrence, II