UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Luis Ramiro AVILES, et al.,

        Plaintiffs                                                **CIVIL ACTION NO.:**
                                                                    **17-cv-2987-JPO**

        Against

ITM TWENTYFIRST, LLC, et al.

        Defendants
-----------------------------------------------------------------X

Fernando Raul BENEDETTO, et al.,

        Plaintiffs                                                **CIVIL ACTION NO.:**
                                                                    **17-cv-6087-JPO**

        Against

ITM TWENTYFIRST, LLC, et al.

        Defendants
-----------------------------------------------------------------X

Hector Nestor ACEBEDO, et al.,

        Plaintiffs                                                **CIVIL ACTION NO.:**
                                                                    **17-cv-7034-JPO**

        Against

ITM TWENTYFIRST, LLC, et al.

        Defendants
-----------------------------------------------------------------X

Sabino Javier ALVAREZ, et al.,

        Plaintiffs                                                **CIVIL ACTION NO.:**
                                                                    **18-cv-128-JPO**

        Against

ITM TWENTYFIRST, LLC, et al.

        Defendants

{00037862}

---------------------------------------------------------------X

Hector Jorge ARECO, et al.,

          Plaintiffs

Against

ITM TWENTYFIRST, LLC., et al.

          Defendants

---------------------------------------------------------------X

CIVIL ACTION NO.:
18-cv-2416-JPO

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT ITM TWENTYFIRST, LLC ONLY

IS HEREBY STIPULATED AND AGREED between the parties identified below, that Plaintiffs' claims against Defendant ITM TWENTYFIRST, LLC are hereby dismissed with prejudice, and without costs against any party, pursuant to Fed. R. Civ. P. 41(a)(1)(A). Nothing herein shall have any effect on Plaintiffs' claims as to any defendant other than ITM TwentyFirst, LLC.

Dated: New York, New York
       April 24, 2018

**PHILLIPS & PAOLICELLI, LLP**
*Attorneys for Plaintiffs*

By: _____
   William H. Mack
747 Third Avenue, Sixth Floor
New York, New York 10017
Tel: 212-388-5100
Fax: 212-388-5200
*wmack@p2law.com*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
*Attorneys for Defendant ITM TwentyFirst, LLC*

By: _____
   Janene M. Marasciullo
150 East 42nd Street
New York, New York 10017
Tel: 212-490-3000
Fax: 212-490-3038
*janene.marasciullo@wilsonelser.com*

**SO ORDERED:**

April 26, 2018

_____
J. PAUL OETKEN
United States District Judge

{00037862}