UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Luis Ramiro AVILES, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> S&P GLOBAL, INC., et al., <br><br> Defendants. | Civil Action No.: 17-cv-2987-JPO |
| Fernando Raul BENEDETTO, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ATC REALTY FIFTEEN, INC., et al., <br><br> Defendants. | Civil Action No.: 17-cv-6087-JPO |
| Hector Nestor ACEBEDO, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ATC REALTY FIFTEEN, INC., et al., <br><br> Defendants. | Civil Action No. 17-cv-7034-JPO |
| Sabino Javier ALVAREZ, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ATC REALTY FIFTEEN, INC., et al., <br><br> Defendants. | Civil Action No. 18-cv-128-JPO |
| Hector Jorge ARECO, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ATC REALTY FIFTEEN, INC., et al., <br><br> Defendants. | Civil Action No. 18-cv-2416-JPO |

**JOINT STIPULATION ESTABLISHING BRIEFING SCHEDULE
AND STAYING DISCOVERY**

WHEREAS Defendants Wells Fargo Bank, N.A., Wells Fargo Bank Northwest, N.A., Wells Fargo Delaware Trust Company, N.A., and ATC Realty Fifteen, Inc. (together, the "Wells Fargo Defendants") have filed a motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure (the "Motion") in the above-captioned matters; and

WHEREAS the time for Plaintiffs to file their brief in opposition to the Wells Fargo Defendants' Motion is currently June 17, 2019, and the time for the Wells Fargo Defendants to file their reply brief in support of their Motion is currently June 24, 2019; and

WHEREAS the Parties desire to enter into an agreement extending the briefing schedule and staying all discovery pending a ruling on the Motion,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that (i) Plaintiffs shall file their opposition brief to the Motion by **July 30, 2019**; (ii) the Wells Fargo Defendants shall file their reply brief in support of their Motion by **August 30, 2019**; (iii) all discovery in the above-captioned matters shall be **STAYED** between the Plaintiffs and the Wells Fargo Defendants only pending this Court's adjudication of the Motion; and (iv) this stipulation may be executed in counterparts, and electronic signatures transmitted by facsimile or other electronic means shall have the same force and effect as original signatures.

-2-

Dated: New York, New York
       June 13, 2019

| PHILLIPS & PAOLICELLI, LLP | JONES DAY |
|---|---|
| By:   /s/ *William H. Mack*<br>William H. Mack<br>747 Third Avenue, 6th Floor<br>New York, NY 10017<br>(646) 581-9226<br><br>*Attorneys for Plaintiffs* | By:   /s/ *Kelly A. Carrero*<br>Jayant W. Tambe<br>Kelly A. Carrero<br>250 Vesey Street<br>New York, NY  10281<br>(212) 326-3604<br><br>*Attorneys for the Wells Fargo Defendants* |

So Ordered: _____