USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/06/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIFETRADE LITIGATION:<br><br>This Document Relates to: All Actions | CIVIL ACTION NO. 1:17-cv-02987 |

## [PROPOSED] ORDER TO PRESERVE EVIDENCE

This Order to Preserve Evidence (the "Order") is directed to the executor, administrator, or representative of the estate of Roy G. Smith ("Smith") as well as Smith's heirs, assigns, distributes and immediate family members (the "Obligated Parties") because they may have possession, custody, or control of document that referenced to the above-captioned litigation. As set forth herein, the Obligated Parties must preserve the Subject Documents, defined below, until further Order of this Court.

The following categories of documents are relevant in the instant litigation (the "Subject Documents") and include any and all hard-copy or electronic formats.

1) All documents and communications related to the contracts, marketing and promotional materials, and reports or analyses, at issue in this action;

2) All documents and communications related to the life insurance policies underlying the securities at issue in this action;

3) All documents and communications related to Smith's communications, notes, travel itineraries, calendars, and financial records and all other documents regarding the companies and claims at issue in this action;

4) All documents and communications relating in any way to loans from either Wachovia or the Wells Fargo Defendants;

5) All financial, accounting, tax, legal or other documents relating to all money or other benefits received by Mr. Smith relating to the Lifetrade or associated entities, including the disposition and present whereabouts of those funds; and

6) All documents and communications related to any party's claim or defense in this action.

{00050020}

**IT IS HEREBY ORDERED THAT**

1. Upon service of this Order, the Obligated Parties are required to preserve all Subject Documents in their possession, custody, or control.

2. The Obligated Party's duty to preserve all Subject Documents shall remain in effect until further Order of this Court. If any of the Subject Documents are scheduled to be destroyed or discarded in accordance with an Obligated Party's existing document retention policy, that policy shall be immediately suspended for any documents that constitute Subject Documents, and the Subject Documents shall be preserved in accordance with this Order.

Dated: 03/06/2020 , 2020

**SO ORDERED:**

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

{00050020}