USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/12/2020

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS RAMIRO AVILES, et al.,<br>　　　　　　　　　Plaintiffs,<br>　　　　-v-<br>S&P GLOBAL, INC., et al.,<br>　　　　　　　　　Defendants. | 17-CV-2987 (JPO) (KHP) |
| FERNANDO RAUL BENEDETTO, et al.,<br>　　　　　　　　　Plaintiffs,<br>　　　　-v-<br>ATC REALTY FIFTEEN, INC., et al.,<br>　　　　　　　　　Defendants. | 17-CV-6087 (JPO) (KHP) |
| HORACIO NESTOR ACEBEDO, et al.,<br>　　　　　　　　　Plaintiffs,<br>　　　　-v-<br>ATC REALTY FIFTEEN, INC., et al., Defendants. | 17-CV-7034 (JPO) (KHP) |
| FREDERICO ALVAREZ, et al.,<br>　　　　　　　　　Plaintiffs,<br>　　　　-v-<br>ATC REALTY FIFTEEN, INC., et al., Defendants. | 18CV-128 (JPO) (KHP) |
| HECTOR JORGE ARECO, et al.,<br>　　　　　　　　　Plaintiffs,<br>　　　　-v-<br>ATC REALTY FIFTEEN, INC., et al.,<br>　　　　　　　　　Defendants. | 18-CV-2416 (JPO) (KHP) |

**<u>ORDER CONVERTING CASE MANAGEMENT CONFERENCE TO A TELEPHONIC CONFERENCE</u>**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference in this matter scheduled for **Wednesday, March 25, 2020 at 10:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

**SO ORDERED.**

DATED:   New York, New York
         March 12, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge