USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIS RAMIRO AVILES, et al.,<br><br>                                Plaintiffs,<br><br>            -v-<br><br>S&P GLOBAL, INC., et al.,<br><br>                                Defendants. | **17-CV-2987 (JPO) (KHP)** |
| FERNANDO RAUL BENEDETTO, et al.,<br><br>                                Plaintiffs,<br><br>            -v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br><br>                                Defendants. | **17-CV-6087 (JPO) (KHP)** |
| HORACIO NESTOR ACEBEDO, et al.,<br><br>                                Plaintiffs,<br><br>            -v-<br><br>ATC REALTY FIFTEEN, INC., et al.,        Defendants. | **17-CV-7034 (JPO) (KHP)** |
| FREDERICO ALVAREZ, et al.,<br><br>                                Plaintiffs,<br><br>            -v-<br><br>ATC REALTY FIFTEEN, INC., et al.,        Defendants. | **18CV-128 (JPO) (KHP)** |
| HECTOR JORGE ARECO, et al.,<br><br>                                Plaintiffs,<br><br>            -v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br><br>                                Defendants. | **18-CV-2416 (JPO) (KHP)** |

**DISCOVERY ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed during today's conference, the parties are directed to exchange preliminary lists of search terms and custodians and to begin discussing those lists by no later than **August 31, 2020**.  This deadline does not apply to Equity Trust.

Further, the Court directs the Defendants to confer and create a master set of up to 25 interrogatories that Defendants will then collectively serve on Plaintiffs.  Each Defendant will also be afforded ten additional interrogatories to address additional issues not covered by the master set provided for above.  The Court will consider allowing additional interrogatories at a later date if and when they become necessary.  Pursuant to the Court's July 27, 2020 Scheduling Order (ECF No. 308), these interrogatories are due by **September 4, 2020**.

SO ORDERED.

DATED:        New York, New York
              August 24, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge