USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2020

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS RAMIRO AVILES, et al.,<br><br>          Plaintiffs,<br><br>-v-<br><br>S&P GLOBAL, INC., et al.,<br>          Defendants. | **17-CV-2987 (JPO) (KHP)** |
| FERNANDO RAUL BENEDETTO, et al.,<br><br>          Plaintiffs,<br><br>-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br>          Defendants. | **17-CV-6087 (JPO) (KHP)** |
| HORACIO NESTOR ACEBEDO, et al.,<br><br>          Plaintiffs,<br><br>-v-<br><br>ATC REALTY FIFTEEN, INC., et al., Defendants. | **17-CV-7034 (JPO) (KHP)** |
| FREDERICO ALVAREZ, et al.,<br><br>          Plaintiffs,<br><br>-v-<br><br>ATC REALTY FIFTEEN, INC., et al., Defendants. | **18CV-128 (JPO) (KHP)** |
| HECTOR JORGE ARECO, et al.,<br><br>          Plaintiffs,<br><br>-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br>          Defendants. | **18-CV-2416 (JPO) (KHP)** |

**ORDER SCHEDULING TELEPHONIC SETTLEMENT CONFERNCE**

A series of telephonic settlement conferences in this matter are scheduled as follows: **Wednesday, October 14, 2020 at 10:00 a.m.**:  Plaintiffs and Defendants Marcum and the Estate of Smith; **Wednesday, October 14, 2020 at 2:00 p.m.**:  Plaintiffs and Defendant S&P; **Thursday October 15, 2020 at 10:00 a.m.**:  Plaintiffs and the Wells Fargo Defendants; **Thursday October 15, 2020 at 2:00 p.m.**:  Plaintiffs and the Equity Trust.

Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.  The Court will provide a unique passcode for each conference by email prior to the date of the conference.**

Corporate parties must send the person with decision making authority to settle the matter to the conference.  Plaintiffs shall appoint a negotiating committee to represent them at the conference.  Plaintiffs' counsel shall arrange for simultaneous translation, to the extent necessary.

Defendants shall each identify their lead negotiator to Plaintiffs by **August 25, 2020**.  Plaintiffs shall make settlement demands by no later than **September 18, 2020**.  Defendants shall make counter-offers by no later than **October 2, 2020**.  The parties are encouraged to negotiate sooner than the above-referenced dates and to narrow the gap as much as possible before the conference with this Court.

The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice, except that the parties will be permitted up to 5 pages for their ex parte submissions.  Plaintiffs may submit separate letters for each conference.  Pre-conference submissions must

be received by the Court no later than **October 9, 2020 by 5:00 p.m.**

   **SO ORDERED.**

DATED:  New York, New York
     August 24, 2020

                 _____
                 KATHARINE H. PARKER
                 United States Magistrate Judge