USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2020

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIS RAMIRO AVILES, et al.,<br><br>                    Plaintiffs,<br><br>           -v-<br><br>S&P GLOBAL, INC., et al.,<br><br>                    Defendants. | **17-CV-2987 (JPO) (KHP)** |
| FERNANDO RAUL BENEDETTO, et al.,<br><br>                    Plaintiffs,<br><br>           -v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br><br>                    Defendants. | **17-CV-6087 (JPO) (KHP)** |
| HORACIO NESTOR ACEBEDO, et al.,<br><br>                    Plaintiffs,<br><br>           -v-<br><br>ATC REALTY FIFTEEN, INC., et al.,       Defendants. | **17-CV-7034 (JPO) (KHP)** |
| FREDERICO ALVAREZ, et al.,<br><br>                    Plaintiffs,<br><br>           -v-<br><br>ATC REALTY FIFTEEN, INC., et al.,       Defendants. | **18CV-128 (JPO) (KHP)** |
| HECTOR JORGE ARECO, et al.,<br><br>                    Plaintiffs,<br><br>           -v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br><br>                    Defendants. | **18-CV-2416 (JPO) (KHP)** |

**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERNCES**

A series of telephonic Case Management conferences in this matter are hereby scheduled for the following dates. **The parties shall file a joint status letter that includes agenda items three business days in advance of each conference. The letters shall be no more than five pages in length.** Counsel is directed to call into the court conference line at the scheduled times. **Please dial (866) 434-5269 Code: 4858267.**

**Tuesday, January 19, 2021 at 11:00 a.m.**

**Tuesday, March 02, 2021 at 10:00 a.m.**

**Tuesday, April 13, 2021 at 10:00 a.m.**

**Tuesday, May 11, 2021 at 10:00 a.m.**

**Tuesday, June 15, 2021 at 10:00 a.m.**

**Tuesday, July 13, 2021 at 10:00 a.m.**

**Tuesday, August 17, 2021 at 10:00 a.m.**

**Tuesday, September 14, 2021 at 10:00 a.m.**

**Tuesday, October 12, 2021 at 10:00 a.m.**

**Tuesday, November 16, 2021 at 10:00 a.m.**

**SO ORDERED.**

DATED:   New York, New York
         October 26, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge