USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2020

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIS RAMIRO AVILES, et al.,<br>                       Plaintiffs,<br>-v-<br>S&P GLOBAL, INC., et al.,<br>                       Defendants. | **17-CV-2987 (JPO) (KHP)** |
| FERNANDO RAUL BENEDETTO, et al.,<br>                       Plaintiffs,<br>-v-<br>ATC REALTY FIFTEEN, INC., et al.,<br>                       Defendants. | **17-CV-6087 (JPO) (KHP)** |
| HORACIO NESTOR ACEBEDO, et al.,<br>                       Plaintiffs,<br>-v-<br>ATC REALTY FIFTEEN, INC., et al.,    Defendants. | **17-CV-7034 (JPO) (KHP)** |
| FREDERICO ALVAREZ, et al.,<br>                       Plaintiffs,<br>-v-<br>ATC REALTY FIFTEEN, INC., et al.,    Defendants. | **18CV-128 (JPO) (KHP)** |
| HECTOR JORGE ARECO, et al.,<br>                       Plaintiffs,<br>-v-<br>ATC REALTY FIFTEEN, INC., et al.,<br>                       Defendants. | **18-CV-2416 (JPO) (KHP)** |

**ORDER SCHEDULING TELEPHONIC SETTLEMENT CONFERNCE**

A telephonic settlement conference in this matter consisting of Plaintiffs and the S&P Defendants is hereby scheduled for **Thursday, January 28, 2021 at 2:00 p.m.**

Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.  Counsel is directed to utilize the security passcode that was used at the previous conference on December 14, 2020.**

SO ORDERED.

DATED: New York, New York
December 22, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge