USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  01/06/2021

UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LUIS RAMIRO AVILES, et al., | | 17-CV-2987 (JPO) (KHP) |
| | Plaintiffs, | |
| -v- | | |
| S&P GLOBAL, INC., et al., | | |
| | Defendants. | |

| | | |
|---|---|---|
| FERNANDO RAUL BENEDETTO, et al., | | 17-CV-6087 (JPO) (KHP) |
| | Plaintiffs, | |
| -v- | | |
| ATC REALTY FIFTEEN, INC., et al., | | |
| | Defendants. | |

| | | |
|---|---|---|
| HORACIO NESTOR ACEBEDO, et al., | | 17-CV-7034 (JPO) (KHP) |
| | Plaintiffs, | |
| -v- | | |
| ATC REALTY FIFTEEN, INC., et al., | Defendants. | |

| | | |
|---|---|---|
| FREDERICO ALVAREZ, et al., | | 18CV-128 (JPO) (KHP) |
| | Plaintiffs, | |
| -v- | | |
| ATC REALTY FIFTEEN, INC., et al., | Defendants. | |

| | | |
|---|---|---|
| HECTOR JORGE ARECO, et al., | | 18-CV-2416 (JPO) (KHP) |
| | Plaintiffs, | |
| -v- | | |
| ATC REALTY FIFTEEN, INC., et al., | | |
| | Defendants. | |

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The telephonic Case Management Conference scheduled for Tuesday, January 19, 2021 at 11:00 a.m. is hereby rescheduled to **Friday, January 22, 2021 at 3:00 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

DATED:  New York, New York
        January 6, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge