USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/20/2021

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS RAMIRO AVILES, et al., <br><br>                    Plaintiffs, <br><br> -v- <br><br> S&P GLOBAL, INC., et al., <br><br>                    Defendants. | **17-CV-2987 (JPO) (KHP)** |
| FERNANDO RAUL BENEDETTO, et al., <br><br>                    Plaintiffs, <br><br> -v- <br><br> ATC REALTY FIFTEEN, INC., et al., <br><br>                    Defendants. | **17-CV-6087 (JPO) (KHP)** |
| HORACIO NESTOR ACEBEDO, et al., <br><br>                    Plaintiffs, <br><br> -v- <br><br> ATC REALTY FIFTEEN, INC., et al.,    Defendants. | **17-CV-7034 (JPO) (KHP)** |
| FREDERICO ALVAREZ, et al., <br><br>                    Plaintiffs, <br><br> -v- <br><br> ATC REALTY FIFTEEN, INC., et al.,    Defendants. | **18CV-128 (JPO) (KHP)** |
| HECTOR JORGE ARECO, et al., <br><br>                    Plaintiffs, <br><br> -v- <br><br> ATC REALTY FIFTEEN, INC., et al., <br><br>                    Defendants. | **18-CV-2416 (JPO) (KHP)** |

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The telephonic Case Management Conference in this matter scheduled for Friday, January 22, 2021 at 3:00 p.m. is hereby rescheduled to **Monday, February 1, 2021 at 2:00 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

**SO ORDERED.**

DATED: New York, New York
January 20, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge