USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/08/2021

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIS RAMIRO AVILES, et al.,<br><br>                      Plaintiffs,<br><br>-v-<br><br>S&P GLOBAL, INC., et al.,<br>                      Defendants. | **17-CV-2987 (JPO) (KHP)** |
| FERNANDO RAUL BENEDETTO, et al.,<br><br>                      Plaintiffs,<br><br>-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br>                      Defendants. | **17-CV-6087 (JPO) (KHP)** |
| HORACIO NESTOR ACEBEDO, et al.,<br><br>                      Plaintiffs,<br><br>-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,   Defendants. | **17-CV-7034 (JPO) (KHP)** |
| FREDERICO ALVAREZ, et al.,<br><br>                      Plaintiffs,<br><br>-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,   Defendants. | **18CV-128 (JPO) (KHP)** |
| HECTOR JORGE ARECO, et al.,<br><br>                      Plaintiffs,<br><br>-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br>                      Defendants. | **18-CV-2416 (JPO) (KHP)** |

**ORDER SCHEDULING TELEPHONIC SETTLEMENT CONFERNCE**

A telephonic settlement conference in this matter consisting of Plaintiffs and the S&P Defendants is hereby scheduled for **Thursday, April 29, 2021 at 2:00 p.m.**

Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.  Counsel is directed to utilize the security passcode that was used at the previous conference on January 28, 2021.**

SO ORDERED.

DATED:   New York, New York
         February 8, 2021

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge