```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/02/2021
```

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIS RAMIRO AVILES, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　-v-<br><br>S&P GLOBAL, INC., et al.,<br>　　　　　　　　　　　Defendants. | **17-CV-2987 (JPO) (KHP)** |
| FERNANDO RAUL BENEDETTO, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br>　　　　　　　　　　　Defendants. | **17-CV-6087 (JPO) (KHP)** |
| HORACIO NESTOR ACEBEDO, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,　　Defendants. | **17-CV-7034 (JPO) (KHP)** |
| FREDERICO ALVAREZ, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,　　Defendants. | **18CV-128 (JPO) (KHP)** |
| HECTOR JORGE ARECO, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | **18-CV-2416 (JPO) (KHP)** |

**ORDER SCHEDULING TELEPHONIC SETTLEMENT CONFERNCE**

A telephonic settlement conference in this matter consisting of Plaintiffs and the

Marcum Defendant is hereby scheduled for **Tuesday, April 27, 2021 at 2:00 p.m.**

Counsel for the parties are directed to call Judge Parker's court conference line at the

scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

**SO ORDERED.**

DATED:        New York, New York
                March 2, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge