USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/29/2021

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS RAMIRO AVILES, et al., <br> Plaintiffs, <br> -v- <br> S&P GLOBAL, INC., et al., <br> Defendants. | 17-CV-2987 (JPO) (KHP) |
| FERNANDO RAUL BENEDETTO, et al., <br> Plaintiffs, <br> -v- <br> ATC REALTY FIFTEEN, INC., et al., <br> Defendants. | 17-CV-6087 (JPO) (KHP) |
| HORACIO NESTOR ACEBEDO, et al., <br> Plaintiffs, <br> -v- <br> ATC REALTY FIFTEEN, INC., et al., Defendants. | 17-CV-7034 (JPO) (KHP) |
| FREDERICO ALVAREZ, et al., <br> Plaintiffs, <br> -v- <br> ATC REALTY FIFTEEN, INC., et al., Defendants. | 18CV-128 (JPO) (KHP) |
| HECTOR JORGE ARECO, et al., <br> Plaintiffs, <br> -v- <br> ATC REALTY FIFTEEN, INC., et al., <br> Defendants. | 18-CV-2416 (JPO) (KHP) |

## ORDER SCHEDULING TELEPHONIC SETTLEMENT CONFERNCE

A telephonic settlement conference in this matter consisting of Plaintiffs and the S&P Defendants is hereby scheduled for **Thursday, August 12, 2021 at 10:00 a.m.**

Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267. Counsel is directed to utilize the security passcode that was used at the previous conference on April 29, 2021.**

SO ORDERED.

DATED: New York, New York
April 29, 2021

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge