USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/19/2021

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIS RAMIRO AVILES, et al., Plaintiffs, -v- S&P GLOBAL, INC., et al., Defendants. | **17-CV-2987 (JPO) (KHP)** |
| FERNANDO RAUL BENEDETTO, et al., Plaintiffs, -v- ATC REALTY FIFTEEN, INC., et al., Defendants. | **17-CV-6087 (JPO) (KHP)** |
| HORACIO NESTOR ACEBEDO, et al., Plaintiffs, -v- ATC REALTY FIFTEEN, INC., et al., Defendants. | **17-CV-7034 (JPO) (KHP)** |
| FREDERICO ALVAREZ, et al., Plaintiffs, -v- ATC REALTY FIFTEEN, INC., et al., Defendants. | **18CV-128 (JPO) (KHP)** |
| HECTOR JORGE ARECO, et al., Plaintiffs, -v- ATC REALTY FIFTEEN, INC., et al., Defendants. | **18-CV-2416 (JPO) (KHP)** |

**ORDER SCHEDULING TELEPHONIC SETTLEMENT CONFERNCE**

A telephonic settlement conference in this matter consisting of Plaintiffs and the Marcum Defendant is hereby scheduled for **Thursday, May 20, 2021 at 2:00 p.m.**

Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

**SO ORDERED.**

DATED:    New York, New York
               May 19, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge