UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LIFETRADE LITIGATION

17-CV-2987 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The letter motion to file under seal (Dkt. No. 443) is granted. The Clerk of Court is directed to place the documents at Docket Numbers 444 and 445 under seal. The Clerk of Court is also directed to close the motion at Docket Number 443.

SO ORDERED.

Dated: May 26, 2021
New York, New York

_____
J. PAUL OETKEN
United States District Judge