# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-4132
DIRECT FAX
917-777-4132
EMAIL ADDRESS
SUSAN.SALTZSTEIN@SKADDEN.COM

June 7, 2021

**BY ECF**

Hon. Katharine H. Parker
 United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2021

RE: *In re Lifetrade Litigation*; 17-cv-02987 (JPO) (KHP); Motion to Seal Equity Trust's Opposition to Plaintiffs' Motion to Amend

Dear Judge Parker:

We represent Defendant TMF Curaçao N.V. ("Equity Trust") in the referenced action. Pursuant to Paragraph III(d) of Your Honor's Individual Practices in Civil Cases, we respectfully seek leave to file under seal Equity Trust's Memorandum of Law in Opposition to Plaintiffs' Motion to Amend, which responds to papers that Plaintiffs have sought leave to file under seal.

By way of background, Plaintiffs filed a Motion to Amend on May 21, 2021. (ECF 436.) Plaintiffs have sought permission to file the papers supporting that motion (ECF 437, 438) under seal on the ground that they reference or constitute other parties' discovery materials that had been designated as confidential. (ECF 435.) While Equity Trust takes no position on the propriety of Plaintiffs' sealing request, out of an abundance, Equity Trust seeks to file its opposition brief under seal as it references, describes, summarizes and responds to the same documents at issue in Plaintiffs' moving papers.

Respectfully submitted,

*/s/ Susan L. Saltzstein*

Susan L. Saltzstein

cc: All counsel of record (by ECF)

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
Date: June 9, 2021