Case 1:17-cv-02987-JPO-KHP   Document 471   Filed 06/15/21   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/15/2021

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS RAMIRO AVILES, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>S&P GLOBAL, INC., et al.,<br>　　　　　　　　　　　Defendants. | **17-CV-2987 (JPO) (KHP)** |
| FERNANDO RAUL BENEDETTO, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br>　　　　　　　　　　　Defendants. | **17-CV-6087 (JPO) (KHP)** |
| HORACIO NESTOR ACEBEDO, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,　　Defendants. | **17-CV-7034 (JPO) (KHP)** |
| FREDERICO ALVAREZ, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,　　Defendants. | **18CV-128 (JPO) (KHP)** |
| HECTOR JORGE ARECO, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br>　　　　　　　　　　　Defendants. | **18-CV-2416 (JPO) (KHP)** |

**ORDER SCHEDULING TELEPHONIC SETTLEMENT CONFERNCE**

The telephonic Settlement Conference in this matter consisting of Plaintiffs and the S&P Defendants previously scheduled for **Thursday, August 12, 2021 at 10:00 a.m.** will be now be in person in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information**. Updated pre-conference submissions must be received by the Court no later than **August 5, 2021 by 5:00 p.m.**

      SO ORDERED.

DATED:    New York, New York
               June 15, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge