USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIS RAMIRO AVILES, et al.,<br>　　　　　　　　　　Plaintiffs,<br>　　　　-v-<br>S&P GLOBAL, INC., et al.,<br>　　　　　　　　　　Defendants. | **17-CV-2987 (JPO) (KHP)** |
| FERNANDO RAUL BENEDETTO, et al.,<br>　　　　　　　　　　Plaintiffs,<br>　　　　-v-<br>ATC REALTY FIFTEEN, INC., et al.,<br>　　　　　　　　　　Defendants. | **17-CV-6087 (JPO) (KHP)** |
| HORACIO NESTOR ACEBEDO, et al.,<br>　　　　　　　　　　Plaintiffs,<br>　　　　-v-<br>ATC REALTY FIFTEEN, INC., et al.,　Defendants. | **17-CV-7034 (JPO) (KHP)** |
| FREDERICO ALVAREZ, et al.,<br>　　　　　　　　　　Plaintiffs,<br>　　　　-v-<br>ATC REALTY FIFTEEN, INC., et al.,　Defendants. | **18-CV-128 (JPO) (KHP)** |
| HECTOR JORGE ARECO, et al.,<br>　　　　　　　　　　Plaintiffs,<br>　　　　-v-<br>ATC REALTY FIFTEEN, INC., et al.,<br>　　　　　　　　　　Defendants. | **18-CV-2416 (JPO) (KHP)** |

## ORDER

**KATHARINE H. PARKER, United States Magistrate Judge:**

Consistent with the telephonic conference held in the above-captioned cases on August 17, 2021, the Court directs the parties as follows:

**Briefing Schedules for Anticipated Motions:**

Defendant S&P indicated its intent to file a motion to compel discovery from the institutional Plaintiffs in this case. At the August 17 conference, Plaintiffs' counsel confirmed that it has completed its production with respect to the institutional Plaintiffs except for a small group of Japanese documents that require additional time for translation and review. Plaintiffs' counsel stated that these additional documents will be produced to the Defendants by no later than August 31, 2021. If, by that date, Defendants maintain that the productions from any of the institutional Plaintiffs are deficient, Defendants will be permitted to file a motion to compel and/or for sanctions. That motion will be due by **September 14, 2021**. Plaintiffs' opposition will be due by **September 28, 2021**. No reply will be permitted.

Any motion practice with respect to the so-called "untimely" Plaintiffs' compliance with discovery demands shall be deferred until after September 30, 2021.

Plaintiffs and Defendant S&P are directed to file a joint letter with the Court by **August 24, 2021** setting forth their respective positions on the contemplated motion to amend the complaint.

\*   \*   \*

The parties are directed to the conference transcript for other rulings and directives from the Court.

**SO ORDERED.**

DATED:   New York, New York
         August 18, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge