USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS RAMIRO AVILES, et al.,<br>　　　　　　　　　　Plaintiffs,<br>　　　　　-v-<br>S&P GLOBAL, INC., et al.,<br>　　　　　　　　　　Defendants. | **17-CV-2987 (JPO) (KHP)** |
| FERNANDO RAUL BENEDETTO, et al.,<br>　　　　　　　　　　Plaintiffs,<br>　　　　　-v-<br>ATC REALTY FIFTEEN, INC., et al.,<br>　　　　　　　　　　Defendants. | **17-CV-6087 (JPO) (KHP)** |
| HORACIO NESTOR ACEBEDO, et al.,<br>　　　　　　　　　　Plaintiffs,<br>　　　　　-v-<br>ATC REALTY FIFTEEN, INC., et al.,　Defendants. | **17-CV-7034 (JPO) (KHP)** |
| FREDERICO ALVAREZ, et al.,<br>　　　　　　　　　　Plaintiffs,<br>　　　　　-v-<br>ATC REALTY FIFTEEN, INC., et al.,　Defendants. | **18-CV-128 (JPO) (KHP)** |
| HECTOR JORGE ARECO, et al.,<br>　　　　　　　　　　Plaintiffs,<br>　　　　　-v-<br>ATC REALTY FIFTEEN, INC., et al.,<br>　　　　　　　　　　Defendants. | **18-CV-2416 (JPO) (KHP)** |

## BRIEFING SCHEDULE ORDER

**KATHARINE H. PARKER, United States Magistrate Judge:**

On August 24, 2021, Plaintiffs and Defendant S&P Global, Inc. ("S&P") filed a joint letter setting forth their respective positions on whether Plaintiffs should be permitted to file a motion for leave to file a Fifth Amended Complaint and whether Plaintiffs should be granted leave to take the depositions of two S&P witnesses before the filing of that motion. (ECF No. 515.) The Court, being familiar with this action, finds that no pre-motion conference is necessary. The following briefing schedule shall apply to Plaintiffs' contemplated motion to amend:

- Plaintiffs' motion to amend is due by September 30, 2021;
- S&P's opposition is due by November 1, 2021; and
- Plaintiffs' reply is due by November 15, 2021.

The parties should conduct the contemplated depositions at mutually acceptable times before the expiration of fact discovery and without regard to the briefing schedule set forth herein.

**SO ORDERED.**

DATED:   New York, New York
         August 25, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge