USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIFETRADE LITIGATION:<br><br>**This Document Relates to:**<br><br>*Acebedo v. ATC Realty Fifteen, Inc.*, Case No. 1:17-cv-07034-JPO-KHP;<br><br>*Alvarez v. ATC Realty Fifteen Inc.*, Case No. 1:18-cv-00128-JPO-KHP | CIVIL ACTION NO. 1:17-cv-02987<br><br>ORDER TO SHOW CAUSE |

Whereas counsel for Plaintiffs have moved the Court seeking an order to show cause: 1) why they should not be relieved from the future representation of the following Plaintiffs with respect to their individual cases: Maria Irma Gonzalez (*Acebedo v. ATC Realty Fifteen, Inc.*, Case No. 1:17-cv-07034-JPO-KHP), Osvaldo Jose Barrionuevo (*Alvarez v. ATC Realty Fifteen Inc.*, Case No. 1:18-cv-00128-JPO-KHP), and Roberto Raul Zapata (*Acebedo v. ATC Realty Fifteen, Inc.*, Case No. 1:17-cv-07034-JPO-KHP); and 2) why their individual cases should not be dismissed with prejudice;

Now therefore, for good cause shown;

It is ORDERED:

1. That counsel for Plaintiffs shall cause to be served upon the above listed Plaintiffs by ordinary mail and (if possible) by e-mail on or before __October 5, 2021__:

    a. a copy of this Order and

    b. a copy of the Plaintiffs' counsel's moving papers;

2. That on or before __November 4, 2021__ the above show cause:

    a. Why counsel's application to be relieved from further representation of these Plaintiffs in their individual actions; and

{00064063}

      b. Why their individual actions should not be dismissed with prejudice.

3. On or before <u>November 18, 2021</u>, Plaintiffs or any other Party, shall file with the Court and serve upon the Parties papers in reply.

Dated: New York, New York
<u>September 28</u>, 2021

*Katharine H. Parker*
_____
HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE