# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

October 1, 2021

VIA ECF
Hon. Katherine H. Parker, U.S.M.J.
Daniel Patrick Moynihan, United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED**

/s/ Katharine H. Parker

Hon. Katharine H. Parker, U.S.M.J.
10/02/2021

Re:     *In re Lifetrade Litigation*, No. 17-cv-02987-JPO-KHP

Dear Judge Parker:

We write on behalf of the Wells Fargo Defendants, Defendants S&P Global Inc. ("S&P"), and Robert A. Ruppenthal as Administrator of the Estate of Roy G. Smith ("Smith's Estate") (collectively "Defendants"). Pursuant to Paragraph III(d) of Your Honor's Individual Rules and Paragraph 10 of the Protective Order in this action (Dkt. 223), we respectfully seek leave to file under seal certain materials in connection with Defendants' letter to the Court regarding Plaintiffs' document production (the "Letter"), which is being contemporaneously filed.

The materials that we seek to file under seal include (i) a document produced by Plaintiffs in this action, which Plaintiffs designated as "Confidential" pursuant to the terms of the Protective Order; and (ii) an unofficial English translation of that document. Defendants met and conferred with Plaintiffs, and Plaintiffs did not withdraw their confidentiality designation.

Respectfully submitted,

*/s/ Kelly A. Carrero*
Jayant W. Tambe
Kelly A. Carrero
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3604
*Counsel for Defendants Wells Fargo Bank, N.A., Wells Fargo Bank Northwest, N.A. (n/k/a Wells Fargo Trust Company, N.A.), Wells Fargo Delaware Trust Company, N.A., and ATC Realty Fifteen, Inc.*

*/s/ Tammy L. Roy*
Tammy L. Roy
CAHILL GORDON & REINDEL LLP
32 Old Slip

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

October 1, 2021
Page 2

        New York, NY 10005
        (212) 701-3720
        *Counsel for Defendant S&P Global Inc.*

        */s/ Jason S. Bell*
        Jason S. Bell
        John G. McCarthy
        SMITH, GAMBRELL & RUSSELL, LLP
        Promenade, Suite 3100
        1230 Peachtreet Street N.E.
        Atlanta, GA 30309
        (404) 815-3619
        *Counsel for Defendant Robert A. Ruppenthal,*
        *Administrator of the Estate of Roy G. Smith*