USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2021

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIS RAMIRO AVILES, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>S&P GLOBAL, INC., et al.,<br>　　　　　　　　　　　Defendants. | **17-CV-2987 (JPO) (KHP)** |
| FERNANDO RAUL BENEDETTO, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br>　　　　　　　　　　　Defendants. | **17-CV-6087 (JPO) (KHP)** |
| HORACIO NESTOR ACEBEDO, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,　　Defendants. | **17-CV-7034 (JPO) (KHP)** |
| FREDERICO ALVAREZ, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,　　Defendants. | **18CV-128 (JPO) (KHP)** |
| HECTOR JORGE ARECO, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br>　　　　　　　　　　　Defendants. | **18-CV-2416 (JPO) (KHP)** |

**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERNCES**

A series of telephonic Case Management conferences in this matter are hereby scheduled for the following dates. **The parties shall file a joint status letter that includes agenda items three business days in advance of each conference. The letters shall be no more than five pages in length.** Counsel is directed to call into the court conference line at the scheduled times. **Please dial (866) 434-5269 Code: 4858267.**

    **Wednesday, December 15, 2021 at 4:00 p.m.**

    **Thursday, January 20, 2022 at 12:00 p.m.**

    **Thursday, February 17, 2022 at 10:00 a.m.**

    **Thursday, March 17, 2022 at 10:00 a.m.**

    **Thursday, April 14, 2022 at 10:00 a.m.**

    **Thursday, May 19, 2022 at 10:00 a.m.**

    **Thursday, June 9, 2022 at 10:00 a.m.**

    **Thursday, July 14, 2022 at 10:00 a.m.**

    **SO ORDERED.**

DATED:    New York, New York
             November 16, 2021

*(signature: Katharine H. Parker)*
_____
KATHARINE H. PARKER
United States Magistrate Judge