USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIS RAMIRO AVILES, et al.,<br><br>        Plaintiffs,<br><br>  -v-<br><br>S&P GLOBAL, INC., et al.,<br>        Defendants. | **17-CV-2987 (JPO) (KHP)** |
| FERNANDO RAUL BENEDETTO, et al.,<br><br>        Plaintiffs,<br><br>  -v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br>        Defendants. | **17-CV-6087 (JPO) (KHP)** |
| HORACIO NESTOR ACEBEDO, et al.,<br><br>        Plaintiffs,<br><br>  -v-<br><br>ATC REALTY FIFTEEN, INC., et al., Defendants. | **17-CV-7034 (JPO) (KHP)** |
| FREDERICO ALVAREZ, et al.,<br><br>        Plaintiffs,<br><br>  -v-<br><br>ATC REALTY FIFTEEN, INC., et al., Defendants. | **18CV-128 (JPO) (KHP)** |
| HECTOR JORGE ARECO, et al.,<br><br>        Plaintiffs,<br><br>  -v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br>        Defendants. | **18-CV-2416 (JPO) (KHP)** |

**ORDER CONVERTING ORAL ARGUMENT TO TELEPHONIC CONFERENCE**

The Oral Argument in this matter scheduled for **Thursday, January 6, 2022, at 3:00 p.m.** is hereby converted to a telephonic conference.  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

**SO ORDERED.**

DATED:    New York, New York
December 22, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge