USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS RAMIRO AVILES, et al., Plaintiffs, -v- S&P GLOBAL, INC., et al., Defendants. | 17-CV-2987 (JPO) (KHP) |
| FERNANDO RAUL BENEDETTO, et al., Plaintiffs, -v- ATC REALTY FIFTEEN, INC., et al., Defendants. | 17-CV-6087 (JPO) (KHP) |
| HORACIO NESTOR ACEBEDO, et al., Plaintiffs, -v- ATC REALTY FIFTEEN, INC., et al., Defendants. | 17-CV-7034 (JPO) (KHP) |
| FREDERICO ALVAREZ, et al., Plaintiffs, -v- ATC REALTY FIFTEEN, INC., et al., Defendants. | 18-CV-128 (JPO) (KHP) |
| HECTOR JORGE ARECO, et al., Plaintiffs, -v- ATC REALTY FIFTEEN, INC., et al., Defendants. | 18-CV-2416 (JPO) (KHP) |

## ORDER

**KATHARINE H. PARKER, United States Magistrate Judge**

Presently before this court is Plaintiff's Order to Show Cause (ECF No. 537) seeking to withdraw as counsel for several individual Plaintiffs in the above captioned cases. On September 28, 2021, the Court ordered that Plaintiffs Maria Irma Gonzalez (*Acebedo v. ATC Realty Fifteen, Inc.*, Case No. 1:17-cv-07034-JPO-KHP), Osvaldo Jose Barrionuevo (*Alvarez v. ATC Realty Fifteen Inc.*, Case No. 1:18-cv-00128-JPO-KHP), and Roberto Raul Zapata (*Acebedo v. ATC Realty Fifteen, Inc.*, Case No. 1:17-cv-07034-JPO-KHP) respond as to why Plaintiffs' counsel should not be relieved from their representation and why their cases should not be dismissed with prejudice.

Based on the responses received by Plaintiffs' counsel (ECF No. 576) and no opposition being filed, the Court finds the following:

1. Plaintiffs' motion to withdraw as counsel for Maria Irma Gonzalez is GRANTED. This Court shall recommend dismissal of her claims with prejudice if she does not appear *pro se* or through counsel by **January 28, 2022**. Plaintiffs' counsel is directed to serve this order on Gonzalez by **December 31, 2021.**

2. Plaintiffs' motion to withdraw as counsel for Osvaldo Jose Barrionuevo is DENIED as moot. Plaintiffs shall advise the Court **within 30 days** of the appointment of an executor/representative for the estate and contemporaneously move to substitute that party for Plaintiff Barrionuevo.

3. Plaintiffs' motion to withdraw as counsel for Roberto Raul Zapata is DENIED as moot.

**SO ORDERED.**

DATED: New York, New York
December 27, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge