USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2022

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIS RAMIRO AVILES, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>S&P GLOBAL, INC., et al.,<br>　　　　　　　　　　　Defendants. | **17-CV-2987 (JPO) (KHP)** |
| FERNANDO RAUL BENEDETTO, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br>　　　　　　　　　　　Defendants. | **17-CV-6087 (JPO) (KHP)** |
| HORACIO NESTOR ACEBEDO, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,　Defendants. | **17-CV-7034 (JPO) (KHP)** |
| FREDERICO ALVAREZ, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,　Defendants. | **18CV-128 (JPO) (KHP)** |
| HECTOR JORGE ARECO, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br>　　　　　　　　　　　Defendants. | **18-CV-2416 (JPO) (KHP)** |

## ORDER REGARDING PRODUCTION

As discussed during the case management conference held on January 20, 2022, Plaintiffs shall provide a mirror image copy of the Marcum laptop to both Wells Fargo and S&P Global by **January 27, 2022**.  This production shall be subject to the "clawback" provision referenced in the protective order entered in this case.

**SO ORDERED.**

DATED:   New York, New York
         January 20, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge