**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIS RAMIRO AVILES, et al., <br> Plaintiffs, <br> -v- <br> S&P GLOBAL, INC., et al., <br> Defendants. | **17-CV-2987 (JPO) (KHP)** |
| FERNANDO RAUL BENEDETTO, et al., <br> Plaintiffs, <br> -v- <br> ATC REALTY FIFTEEN, INC., et al., <br> Defendants. | **17-CV-6087 (JPO) (KHP)** |
| HORACIO NESTOR ACEBEDO, et al., <br> Plaintiffs, <br> -v- <br> ATC REALTY FIFTEEN, INC., et al.,   Defendants. | **17- CV-7034 (JPO) (KHP)** |
| FREDERICO ALVAREZ, et al., <br> Plaintiffs, <br> -v- <br> ATC REALTY FIFTEEN, INC., et al.,   Defendants. | **18-CV-128 (JPO) (KHP)** |
| HECTOR JORGE ARECO, et al., <br> Plaintiffs, <br> -v- <br> ATC REALTY FIFTEEN, INC., et al., <br> Defendants. | **18-CV-2416 (JPO) (KHP)** |

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Consistent with the telephonic conference held in the above-captioned cases on March 17, 2022, the Court directs the parties as follows:

- Defendants indicated their intent to file a motion to dismiss Plaintiffs Osvaldo Barrionuevo and Maria Cristina Villanueva under Rule 25.  That motion will be due by **March 31, 2022**.  Plaintiffs' opposition will be due by **April 14, 2022**.  No reply will be permitted.

- As to Plaintiff's privilege log, the parties shall meet and confer to resolve the issues raised at the conference.  To the extent the parties cannot come to a resolution, a joint letter should be filed proposing a briefing schedule for a motion to compel by **March 31, 2022.**

- The deadline to complete the depositions of Class Representatives and Derivative Plaintiffs is extended to **June 27, 2022.**

\*       \*       \*

The parties are directed to the conference transcript for other rulings and directives from the Court.

**SO ORDERED.**

DATED:    New York, New York
          March 17, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge