UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LIFETRADE LITIGATION:

This Document Relates to: ALL ACTIONS

CIVIL ACTION NO. 1:17-cv-02987

ORDER AWARDING ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION EXPENSES

This matter having come before the Court on March 21, 2022 on the application of Counsel for an award of attorneys' fees and expenses (the "Fee Motion"), the Court, having considered all papers filed and proceedings conducted herein, having found the Settlement of this Litigation to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order hereby incorporates by reference the definitions in the Stipulation and Agreement of Settlement entered into among the Plaintiffs, the Class Representatives, the Lifetrade Entities, and Equity Trust dated August 4, 2021 (the "Stipulation"), and all capitalized terms, unless otherwise defined herein, shall have the same meanings as set forth in the Stipulation.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. Class Counsel are awarded attorneys' fees in the amount of $1,500,000.00, or 33% percent, of the Settlement Fund, and also experts' fees and expenses, in the amount of $500,000.00, to be paid proportionally from the Settlement Fund, together with interest earned, such awarded amounts to be paid from out of the Settlement Fund within ten (10) days of Equity Trust (or its

insurers) payment of the Settlement Amount into the Escrow Account following the Effective Date, notwithstanding any timely-filed objections to the settlement or the fee request, or any appeal therefrom or any collateral attack on the settlement or fee award, subject to the undertakings and guarantees set forth in ¶¶ 41 and 60 of the Stipulation.

4. If the Effective Date does not occur or if the Stipulation is terminated, then any award of fees and/or expenses is no longer payable..

5. If any award of fees and expenses is reduced or reversed on appeal, or should it be determined that Class Counsel is not entitled to fees and expenses, Class Counsel and all other Class Representatives' counsel to whom Class Counsel has distributed payments shall within thirty (30) days from the date of a Final order by the Second Circuit directing such reduction or reversal, make such refunds as are required by such Final order, and such funds shall be distributed by the Escrow Agent to the Settlement Class in the manner directed in the Final order. Class Counsel's law firm shall be liable for any failure of Class Counsel to refund or repay the fees and expenses.

6. Class Representative and Derivative Plaintiff Hugo Leonardo Carlini is awarded the sum of $10,000, as reasonable costs and expenses and as a compensatory award directly relating to the representation of the Settlement Class, such amount to be paid proportionally from out of the Settlement Funds no later than ten (10) business days after this Order and the Judgment become Final.

7. Class Representative and Derivative Plaintiff Martin Ricardo Miranda is awarded the sum of $10,000, as reasonable costs and expenses and as a compensatory award directly relating to the representation of the Settlement Class, such amount to be paid proportionally from out of the Settlement Funds no later than ten (10) business days after this Order and the Judgment become Final.

8. Class Representative and Derivative Plaintiff Carlos Alberto Wehbi is awarded the sum of $10,000, as reasonable costs and expenses and as a compensatory award directly relating to the representation of the Settlement Class, such amount to be paid proportionally from out of the Settlement Funds no later than ten (10) business days after this Order and the Judgment become Final.

9. Class Representative Carlos Adrian Ferreti is awarded the sum of $10,000, as reasonable costs and expenses and as a compensatory award directly relating to the representation of the Settlement Class, such amount to be paid proportionally from out of the Settlement Funds no later than ten (10) business days after this Order and the Judgment become Final.

10. Class Representative Daniel Ergasto Gomez Cusco is awarded the sum of $10,000, as reasonable costs and expenses and as a compensatory award directly relating to the representation of the Settlement Class, such amount to be paid proportionally from out of the Settlement Funds no later than ten (10) business days after this Order and the Judgment become Final.

11. Derivative Plaintiff Miguel Fernandez Moores is awarded the sum of $10,000, as reasonable costs and expenses and as a compensatory award directly relating to the representation of the Settlement Class, such amount to be paid proportionally from out of the Settlement Funds no later than ten (10) business days after this Order and the Judgment become Final.

Dated: March 21, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge