**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIFETRADE LITIGATION: <br><br> This Document Relates to: ALL ACTIONS | CIVIL ACTION NO. 1:17-cv-02987 |

## ORDER APPROVING PLAN OF ALLOCATION

This matter having come before the Court on March 21, 2022 on the parties' motion for approval of the Plan of Allocation of the proceeds of the Settlements in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order hereby incorporates by reference the definitions in the Stipulation and Agreement of Settlement entered into among the Plaintiffs, the Class Representatives, the Lifetrade Entities, and Equity Trust dated August 4, 2021 (the "Stipulation"), and all capitalized terms, unless otherwise defined herein, shall have the same meanings as set forth in the Stipulation.

2. Pursuant to and in full compliance with Rules 23 and 23.1 of the Federal Rules of Civil Procedure, the Court hereby finds and concludes that due and adequate notice was directed to all persons who are Settlement Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

3. The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants, which is set forth in the Notice of the Proposed Settlements sent to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the

proceeds of the Net Settlement Funds established by the Settlements among the Plaintiffs and Settlement Class Members, with due consideration having been given to administrative convenience and necessity.

4.  The Court finds that the Plan of Allocation is a fair and reasonable method to allocate the Net Settlement Fund among the Plaintiffs and Settlement Class Members and the Court approves the Plan of Allocation.

Dated: March 21, 2022  
New York, New York

_____  
J. PAUL OETKEN  
United States District Judge

2