UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

LIFETRADE LITIGATION

17-CV-2987
17-CV-6087
17-CV-7034
18-CV-128
18-CV-2416

ORDER

J. PAUL OETKEN, District Judge:

On April 24, 2017, Plaintiffs Luis Ramiro Aviles, *et al.*, filed a complaint against S&P Global, Inc., *et al.*  (*See* Dkt. No. 1 ("Compl.").)  Plaintiffs are offshore investors who lost the entirety of their investments in the Lifetrade Fund, B.V.  (*See* Compl. ¶ 1.)  Lifetrade invested exclusively in a secondary market for life insurance policies.  (*See* Compl. ¶ 2.)  The complaint alleges that Plaintiffs were led to believe that these life settlements were "an alternative asset class, not correlated with the price of stocks or bonds," but that was not true.  (Compl. ¶ 4.)  Among other things, the complaint asserts claims for fraud and negligent misrepresentation.  (*See* Compl. ¶¶ 97-114.)

Since then, other Plaintiffs have filed similar suits in this Court.  To date, the following four actions have been assigned or reassigned to the undersigned:

1. *Benedetto, et al. v. ATC Realty Fifteen, Inc.*, No. 17-CV-6087
2. *Acebedo, et al. v. ATC Realty Fifteen, Inc.*, No. 17-CV-7034
3. *Alvarez, et al. v. ATC Realty Fifteen, Inc.*, No. 18-CV-128
4. *Areco, et al. v. ATC Realty Fifteen, Inc.*, No. 18-CV-2416

Magistrate Judge Parker ordered these cases consolidated under case number 17-CV-2987.  (*See* Dkt. No. 168.)  All filings in the member cases shall be in the lead case.  Despite such consolidation, the consolidated cases "retain their separate identities." *Hall v. Hall*, 138 S.

1

Ct. 1118, 1128-31 (2018).  For administrative purposes, the Clerk of Court is directed to close

the other four actions listed above. This order does not affect the rights of the parties in any of

the consolidated cases.

SO ORDERED.

Dated: March 29, 2022
New York, New York

J. PAUL OETKEN
United States District Judge