USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**IN RE LIFETRADE LITIGATION:**

<u>ORDER</u>

17-CV-2987 (JPO)(KHP)

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A conference is hereby scheduled for **May 3, 2022, at 10:00 a.m.** to discuss the production of documents withheld by the Wells Fargo Defendants under the bank examination privilege. The parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

Plaintiffs and the Wells Fargo Defendants shall serve a copy of this order on the Office of the Comptroller of the Currency (OCC). A representative from the OCC is invited to attend the conference.

    SO ORDERED.

Dated: April 14, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge