UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LIFETRADE LITIGATION:

This Document Relates To All Actions

MASTER FILE
1:17-CV-02987 (JPO)(KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2022

**STIPULATION AND SUPPLEMENTAL PROTECTIVE ORDER**

WHEREAS, counsel for Plaintiffs have applied to the Comptroller of the Currency (hereinafter "Comptroller") pursuant to 12 C.F.R. part 4, Subpart C, for permission to have made available, in connection with the captioned action, certain records; and

WHEREAS, following consideration by the Comptroller of the application of the above-described party, the Comptroller has determined that the particular circumstances of the captioned action warrant making certain possibly relevant records as denoted in appendix "A" to this Stipulation available to the parties in this action, provided that appropriate protection of their confidentiality can be secured;

THEREFORE, it is hereby stipulated by and between the parties hereto, through their respective attorneys that they will be bound by the following Supplemental Protective Order which may be entered by the Court without further notice. The Supplemental Protective Order supplements the Protective Order entered in this action on December 2, 2019 (Dkt. 223).

Dated this 3rd day of May, 2022.

| | |
|---|---|
| */s/ Steven Phillips* <br> Steven Phillips <br> Diane Paolicelli <br> PHILLIPS & PAOLICELLI, LLP <br> 747 Third Avenue, 6th Floor | */s/ Kelly A. Carrero* <br> Kelly A. Carrero <br> JONES DAY <br> 250 Vesey Street <br> New York, NY 10281 |

1

New York, NY 10017
(646) 581-9226

*Attorneys for Plaintiffs*

/s/ *Jason S. Bell*
Jason S. Bell
John G. McCarthy
SMITH, GAMBRELL & RUSSELL, LLP
Promenade, Suite 3100
1105 West Peachtree Street N.E.
Atlanta, GA 30309
(404) 815-3619

*Attorneys for Defendant Robert A. Ruppenthal*

(212) 326-3604

*Attorneys for the Wells Fargo Defendants*

/s/ *Tammy L. Roy*
Tammy L. Roy
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3720

*Attorneys  for Defendant S&P Global Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIFETRADE LITIGATION:<br><br>This Document Relates To All Actions | MASTER FILE<br><br>1:17-CV-02987 (JPO)(KHP) |

## SUPPLEMENTAL PROTECTIVE ORDER

WHEREAS, counsel for Plaintiffs have applied to the Comptroller of the Currency (hereinafter Comptroller") pursuant to 12 C.F.R. part 4, Subpart C, for permission to have made available, in connection with the captioned action, certain records; and

WHEREAS, following consideration by the Comptroller of the application of the above described party, the Comptroller has determined that the particular circumstances of the captioned action warrant making certain possibly relevant records available to the parties in this action, provided that appropriate protection of their confidentiality can be secured;

NOW, THEREFORE, IT IS ORDERED THAT:

1. The records, as denoted in appendix "A" to the Stipulation for this Protective Order, upon being released for use by the Comptroller, shall be disclosed only to the parties to this action, their counsel, and the Court.

2. The parties to this action and their counsel shall keep such records and any information contained in such records confidential and shall in no way divulge the same to any person or entity, except to such experts, consultants and non-party witnesses to whom the records and their contents shall be disclosed, solely for the purpose of properly preparing for and trying the action.

1

3. No person to whom information and records covered by this Order are disclosed shall make any copies or otherwise use such information or records or their contents for any purpose whatsoever, except in connection with this action.

4. Any party or other person who wishes to use the information or records or their contents in any other action shall make a separate application to the Comptroller pursuant to 12 C.F.R. part 4, Subpart C.

5. Should any records covered by this Order be filed with the Court or utilized as exhibits at depositions in the captioned action, or should information or records or their contents covered by this Order be disclosed in the transcripts of depositions or the trial in the captioned action, such records, exhibits and transcripts shall be filed in sealed envelopes or other sealed containers marked with the title of this action, identifying each document and article therein and bearing a statement substantially in the following form:

CONFIDENTIAL

Pursuant to the Order of the Court dated _____ this envelope containing the above-identified papers filed by (the name of the party) is not to be opened nor the contents thereof displayed or revealed except to the parties to this action or their counsel or by further Order of the Court.

6. FOR JURY TRIAL: Any party offering any of the records into evidence shall offer only those pages, or portions thereof, that are relevant and material to the issues to be decided in the action and shall block out any portion of any page that contains information not relevant or material. Furthermore, the name of any person or entity contained on any page of the records who is not a party to this action, or whose name is not otherwise relevant or material to the action, shall be blocked out prior to the admission of such page into evidence. Any disagreement regarding

what portion of any page that should be blocked out in this manner shall be resolved by the Court in camera, and the Court shall decide its admissibility into evidence.

7. At the conclusion of this action, all parties shall certify to the Comptroller that the records covered by this Order have been destroyed. Furthermore, counsel for Plaintiffs, pursuant to 12 C.F.R. 4.39(c), shall retrieve any records covered by this Order that may have been filed with the Court.

Dated: _____May 3_, 2022

SO ORDERED:

_Katharine H Parker_
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

**APPENDIX A**

| No. | Document Type | Date |
|---|---|---|
| 1 | PDF | 12/10/2015 |
| 2 | Email | 12/10/2015 |
| 3 | Email | 12/10/2015 |
| 4 | Email | 12/10/2015 |
| 5 | Email | 12/10/2015 |
| 6 | Email | 12/11/2015 |
| 7 | Email | 12/14/2015 |
| 8 | Email | 12/16/2015 |
| 9 | Email | 4/8/2016 |
| 10 | PDF | 4/22/2016 |
| 11 | PDF | 4/22/2016 |
| 12 | Email | 4/22/2016 |
| 13 | PowerPoint | 5/5/2016 |
| 14 | PDF | 5/5/2016 |
| 15 | PDF | 5/5/2016 |
| 16 | Email | 5/9/2016 |
| 17 | PDF | 5/23/2016 |
| 18 | Excel | 5/25/2016 |
| 19 | Word | 6/13/2016 |
| 20 | PDF | 6/21/2016 |
| 21 | PowerPoint | 8/3/2016 |
| 22 | PDF | 8/3/2016 |
| 23 | PowerPoint | 8/4/2016 |
| 24 | Email | 8/5/2016 |
| 25 | PDF | 8/8/2016 |
| 26 | PowerPoint | 8/8/2016 |
| 27 | PowerPoint | 10/27/2016 |
| 28 | PowerPoint | 10/31/2016 |
| 29 | PDF | 11/9/2016 |
| 30 | Email | 11/9/2016 |
| 31 | PowerPoint | 11/9/2016 |
| 32 | PowerPoint | 11/9/2016 |
| 33 | PDF | 11/9/2016 |
| 34 | PowerPoint | 2/2/2017 |
| 35 | PowerPoint | 2/3/2017 |
| 36 | PDF | 2/3/2017 |
| 37 | Email | 2/3/2017 |
| 38 | PowerPoint | 5/8/2017 |
| 39 | PowerPoint | 5/8/2017 |
| 40 | PDF | 5/8/2017 |
| 41 | PowerPoint | 5/9/2017 |
| 42 | Email | 5/9/2017 |

| No. | Document Type | Date |
|---|---|---|
| 43 | PowerPoint | 7/5/2017 |
| 44 | PowerPoint | 7/6/2017 |
| 45 | PowerPoint | 7/19/2017 |
| 46 | PowerPoint | 7/19/2017 |
| 47 | PowerPoint | 7/19/2017 |
| 48 | Word | 7/19/2017 |
| 49 | PDF | 7/20/2017 |
| 50 | Word | 7/20/2017 |
| 51 | PDF | 7/20/2017 |
| 52 | Email | 7/21/2017 |
| 53 | Excel | 7/25/2017 |
| 54 | Excel | 10/11/2017 |
| 55 | PowerPoint | 10/11/2017 |
| 56 | PowerPoint | 10/12/2017 |
| 57 | PowerPoint | 10/12/2017 |
| 58 | PowerPoint | 10/12/2017 |
| 59 | PowerPoint | 10/19/2017 |
| 60 | PDF | 11/3/2017 |
| 61 | PDF | 11/3/2017 |
| 62 | PDF | 11/3/2017 |
| 63 | PDF | 11/3/2017 |
| 64 | Excel | 2/15/2018 |
| 65 | Excel | 5/24/2018 |