UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS RAMIRO AVILES, et al.,<br><br>                                  Plaintiffs,<br><br>                     -v-<br><br>S&P GLOBAL, INC., et al.,<br>                                 Defendants. | **17-CV-2987 (JPO) (KHP)** |
| FERNANDO RAUL BENEDETTO, et al.,<br><br>                                 Plaintiffs,<br><br>                     -v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br>                                 Defendants. | **17-CV-6087 (JPO) (KHP)** |
| HORACIO NESTOR ACEBEDO, et al.,<br><br>                                 Plaintiffs,<br><br>                     -v-<br><br>ATC REALTY FIFTEEN, INC., et al.,   Defendants. | **17-CV-7034 (JPO) (KHP)** |
| FREDERICO ALVAREZ, et al.,<br><br>                                 Plaintiffs,<br><br>                     -v-<br><br>ATC REALTY FIFTEEN, INC., et al.,   Defendants. | **18CV-128 (JPO) (KHP)** |
| HECTOR JORGE ARECO, et al.,<br><br>                                 Plaintiffs,<br><br>                     -v-<br><br>ATC REALTY FIFTEEN, INC., et al.,<br>                                 Defendants. | **18-CV-2416 (JPO) (KHP)** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/19/2022

## ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERNCES

A series of telephonic Case Management conferences in this matter are hereby scheduled for the following dates.  **The parties shall file a joint status letter that includes agenda items three business days in advance of each conference.  The letters shall be no more than five pages in length.**  Counsel is directed to call into the court conference line at the scheduled times.  **Please dial (866) 434-5269 Code: 4858267.**

    **Thursday, August 18, 2022 at 12:00 p.m.**

    **Thursday, September 15, 2022 at 10:00 a.m.**

    **Thursday, October 6, 2022 at 10:00 a.m.**

    **Thursday, November 10, 2022 at 10:00 a.m.**

    **Thursday, December 8, 2022 at 10:00 a.m.**

    **SO ORDERED.**

DATED:    New York, New York
             May 19, 2022

                                                                    _____

                                                                    KATHARINE H. PARKER
                                                                    United States Magistrate Judge