```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

   IN RE LIFETRADE LITIGATION:                        ORDER

                                                          17-CV-2987 (JPO)(KHP)

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The case management conference scheduled for **Thursday, June 9, 2022,** is hereby adjourned.  In lieu of the conference, the parties shall file a joint status letter updating the Court on the ongoing survey and any discovery issues between the parties.  The letter shall be filed by **June 9, 2022.**

      Additionally, the case management conference scheduled for Thursday, September 15, 2022, is hereby rescheduled for **Tuesday, September 13, 2022 at 12:00 p.m.**  The parties shall dial Judge Parker's conference line at the scheduled time.

      **SO ORDERED.**

Dated: June 6, 2022
       New York, New York

*[signature: Katharine H. Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge