```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
    IN RE LIFETRADE LITIGATION:                                      ORDER

                                                                     17-CV-2987 (JPO)(KHP)


-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed during the case management conference on July 14, 2022, the Court orders the following:

- Plaintiffs' deadline to respond to the ongoing survey is extended to July 29, 2022.

- By **Tuesday, July 19, 2022,** the parties shall file a joint letter via ECF indicating the method to be used in selecting twenty-five exemplar documents in connection to the pending motion to compel at ECF No. 724. As the documents are mainly in Spanish, Plaintiffs shall also include how long it would take for the documents to be translated and provided to the Court.

- By **Thursday, July 21, 2022**, after a meet and confer, the parties shall file a letter via ECF providing a briefing schedule for the Court's consideration in regard to the Wells Fargo Defendants' request to amend their answer and also add claims against third parties (ECF No. 788).

    **SO ORDERED.**

Dated: July 14, 2022
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge