USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/14/2022

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIFETRADE LITIGATION:<br><br>This Document Relates to All Actions | MASTER FILE<br><br>17-CV-2987 (JPO) (KHP) |

## ORDER SCHEDULING SETTLEMENT CONFERNCE

A settlement conference in this matter consisting of Plaintiffs and the Wells Fargo Defendants is scheduled for **Thursday, September 22, 2022 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  Pre-conference submissions must be received by the Court no later than **September 15, 2022 by 5:00 p.m.**

SO ORDERED.

DATED: New York, New York
July 14, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge