```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**IN RE LIFETRADE LITIGATION:**

-----------------------------------------------------------------X

ORDER

17-CV-2987 (JPO)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed during the case management conference on August 18, 2022, by August 25, 2022, Plaintiffs shall submit a letter via e-mail to Chambers in regard to the pending motion to compel at ECF No. 724 clarifying the following:

1. Whether the attachments to the exemplar documents were produced; and

2. Whether the e-mail sent by Florencio Menceyra to members of the "Mesa Chica" was produced.

**SO ORDERED.**

Dated: August 18, 2022
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge