USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/25/2022

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIFETRADE LITIGATION: | MASTER FILE<br>17-CV-2987 (JPO) (KHP) |

### ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE

A telephonic Settlement Status Conference in this matter consisting of Plaintiffs and the Estate Defendants is hereby scheduled for **Friday, September 9, 2022 at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

DATED:   New York, New York
         August 25, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge