USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**IN RE LIFETRADE LITIGATION:**

**ORDER**

**17-CV-2987 (JPO)(KHP)**

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed during the case management conference on September 13, 2022, the

Court orders the following:

- The Wells Fargo Defendants may seek reconsideration of this Court's opinion at ECF No.

  829 should additional evidence come to light that would change the outcome of the

  Court's decision on privilege.

- The deadline to conduct the depositions of the Derivative Plaintiffs is extended to

  October 31, 2022.  The depositions shall be held remotely via video.  By September 27,

  2022, Plaintiffs' counsel shall provide the availability of the Derivative Plaintiffs.

- The 30(b)(6) depositions of the Lifetrade institutional investors shall be held by

  December 31, 2022.

- By September 20, 2022, Plaintiffs shall provide the Wells Fargo Defendants a

  representation that all Plaintiffs have produced all relevant, non-privileged documents

  located after conducting a reasonable search for same and that no additional

  documents remain outstanding to the Wells Fargo Defendants' requests.  Absent of a

  showing of good cause, Plaintiffs may not rely on any documents not produced by

  September 20, 2022 in the prosecution of this case.

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 833.

**SO ORDERED.**

Dated: September 13, 2022
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge