UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIFETRADE LITIGATION:<br><br>This Document Relates to: ALL ACTIONS | 17-CV-2987 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

The Court has been informed that Plaintiffs and Defendant S&P Global Inc. ("S&P") have reached a settlement in principle in this consolidated action. Accordingly, it is hereby ORDERED that this action is DISMISSED as to S&P without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

All filing deadlines and conference dates pertaining solely to S&P as a defendant, including docket numbers 719 and 720, are adjourned *sine die*.

SO ORDERED.

Dated: September 13, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge