```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   IN RE LIFETRADE LITIGATION:                                        ORDER

                                                                      17-CV-2987 (JPO)(KHP)



-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed during the case management conference on October 6, 2022, the Court orders the following:

- The deadline to conduct the depositions of the Derivative Plaintiffs is extended to **November 30, 2022**. Depositions will be limited to nine hours maximum for each Derivative Plaintiff. The parties shall schedule two dates for conducting any carry-over questions not covered in the first 7 hours of each Derivative Plaintiff's deposition, with the expectation that carry-over questions can be completed in a morning or afternoon session.

- By **October 21, 2022**, Plaintiff and the Wells Fargo Defendants shall schedule days for the four Derivative Plaintiffs' depositions as well as the additional four Plaintiffs' depositions. All such dates shall be scheduled before the end of December 2022.

- By close of business on **October 17, 2022**, the Wells Fargo Defendants shall send the Court a redline of the proposed additions and edits to the Court's sample Remote Deposition Protocol. Wells Fargo Defendants shall file a letter accompanying the proposed protocol listing the paragraphs that Plaintiffs dispute.

As this order resolves the issues raised in the motion at ECF No. 859, the Clerk of Court is respectfully requested to terminate the motion.

**SO ORDERED.**

Dated: October 6, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge   10/6/2022