```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

   IN RE LIFETRADE LITIGATION:

ORDER RESCHEDULING CASE MANAGEMENT CONFRENCE

17-CV-2987 (JPO)(KHP)

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    The telephonic Case Management Conference in this matter scheduled for Thursday, December 8, 2022 at 10:00 a.m. is hereby rescheduled to **Thursday, December 1, 2022 at 2:00 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

    **SO ORDERED.**

Dated: October 24, 2022
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge