```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**IN RE LIFETRADE LITIGATION:**　　　　　　　　　　<u>ORDER</u>

　　　　　　　　　　　　　　　　　　　　　　　　　　17-CV-2987 (JPO)(KHP)

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

　　　All briefing deadlines applicable to The Smith Estate are stayed until further notice from the Court. The Court will address the remainder of The Smith Estate's request after a hearing from the other parties. To be clear, this Order solely relieves The Estate from having to submit any written submission and does not stay any other aspect of the case.

　　　**SO ORDERED.**

Dated: October 27, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KATHARINE H. PARKER
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge　　10/27/2022