```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
    IN RE LIFETRADE LITIGATION:                                        ORDER SCHEDULING CASE
                                                                       MANAGEMENT CONFRENCE

                                                                       17-CV-2987 (JPO)(KHP)
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     Pursuant to the Plaintiffs' request at ECF No. 882 and The Smith Estate's request at ECF No. 883, the Court will hear from the parties regarding Mr. de la Torre's deposition and the Proposed Order to Show Cause.  A Case Management Conference is scheduled for **Wednesday, November 2, 2022 at 3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

     SO ORDERED.

Dated: October 27, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge