```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   IN RE LIFETRADE LITIGATION:                                ORDER

                                                                                 17-CV-2987 (JPO)(KHP)

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed during the case management conference on November 10, 2022, the Court orders the following:

- The telephonic case management conference scheduled for **Thursday, December 1, 2022, at 2:00 p.m**. is converted to an in-person conference in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

- Derivative Plaintiff Hugo Carlini shall travel to Jones Day's Milan Office for his deposition on Monday, November 14, 2022. Wells Fargo's counsel shall provide details to Plaintiff's counsel.

- Wells Fargo shall unredact Personally Identifiable Information in communications with the Office of the Comptroller that were previously produced to the Plaintiffs, which shall be subject to the Protective Order governing confidential information exchanged during discovery.

- By **November 28, 2022**, Wells Fargo shall submit their Motion for a Protective Order regarding disputed 30b6 deposition topics. Plaintiff shall file their reply by **December 12, 2022**.

- The parties shall meet and confer regarding Plaintiffs' concerns about Defendant Wells Fargo's privilege log format. If necessary, after the meet and confer, the

Plaintiffs shall, by **November 18, 2022**, send a letter with a proposed briefing schedule Motion to Compel regarding remaining privilege log issues.

**SO ORDERED.**

Dated: November 10, 2022
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge