USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE LIFETRADE LITIGATION:                   <u>ORDER</u>

                                             17-CV-2987 (JPO)(KHP)

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed during the case management conference on December 1, 2022, all discovery is stayed until February 28, 2023. The stay does not apply to the entirety of the case but discovery only. Further, the parties shall follow take the following actions during the stay:

- Wells Fargo Defendant will immediately implead and serve John Marcum. Wells Fargo will work cooperatively with Mr. Marcum's attorney to provide required documents and information.

- **By December 30, 2022**, Wells Fargo shall file their motion for summary judgment regarding whether the statute of limitations bars the aiding and abetting claim and whether foreign laws bar derivative claims. Plaintiffs shall respond and cross-move with regard to the statute of limitations defense by **January 31, 2023**. Wells Fargo shall reply by **February 17, 2023**. Plaintiffs shall file a sur-reply by **March 3, 2023**.

- The parties shall meet and confer to discuss the Smith Estate's paper documents that have yet to be produced and discuss whether they will be produced during or after the stay on discovery. Voluntary exchange of documents is permissible during the stay.

- The Plaintiffs and S&P Global shall continue to complete the necessary steps to effectuate their settlement.

**SO ORDERED.**

Dated: December 1, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge