```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE LIFETRADE LITIGATION:

ORDER SCHEDULING CASE
MANAGEMENT CONFERENCES

17-CV-2987 (JPO)(KHP)

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A series of Case Management conferences is scheduled for the following dates in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. **The parties shall file a joint status letter that includes agenda items one week in advance of each conference. The letters shall be no more than three pages in length.**

**Thursday, July 20, 2023 at 10:00 a.m.**

**Wednesday, August 23, 2023 at 10:00 a.m.**

**Thursday, September 21, 2023 at 10:00 a.m.**

**SO ORDERED.**

Dated: April 27, 2023
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge