# SZAFERMAN LAKIND

Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
P: 609.275.0400
F: 609.275.4511

120 Sanhican Drive
Trenton, NJ 08618
P: 609.771.8611
F: 609.771.8612

The Atrium at 47 Maple Street
3rd Floor
Summit, NJ 07901
P: 908.219.4219
F: 908.219.4561
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein#
Steven Blader#
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Janine G. Bauer***
Bruce M. Sattin***

Samuel M. Gaylord++
Brian M. Schwartz**
Robert P. Panzer
Benjamin T. Branche*
Michael D. Brottman**
Janine Danks Fox*
Thomas J. Manzo**
Brian A. Heyesey
Lindsey Moskowitz Medvin**
Marc A. Brotman**
Janis A. Eisl*
Jayde Divito**
Max H. Steinberg
Alexandrea M. Jacinto
Stephanie-Rose C. Orlando

#Retired

*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
+++Certified Workers Comp Attorney
++++Certified Workers Comp & Civil Trial Attorney

Of Counsel
Stephen L. Skillman
Linda R. Feinberg#
Anthony J. Parrillo
Jeffrey M. Hall
Bryce S. Chase++++
Kim A. Otis

Counsel
Bhuchar Law Firm
www.bhucharlaw.com
P: 609.514.5195

Huff, Moran & Orron, LLC
1246 South River Road
Cranbury, NJ 08512
P: 609.655.3600

February 1, 2023

**VIA ECF**
Hon. Katharine H. Parker, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 750
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2023

Re: *In re Lifetrade Litigation,* Case No. 1:17-cv-02987-JPO-KHP,
<u>Letter Motion Seeking Leave to File Under Seal Materials Designated as Confidential by Third Party Defendant</u>

Dear Judge Parker:

Pursuant to Your Honor's Individual Rules, Third Party Defendant in the above action respectfully seeks leave to file under seal certain materials, in connection with Defendant's Memorandum of Law in Support of Third Party Defendant's Motion to Dismiss the Third Party Complaint of Defendants/Third Party Plaintiffs Wells Fargo, et al. (the "Motion").

The materials which John Marcum seeks to seal consist of documents which are exhibits to the Declaration of John Marcum bearing Bates ranges WF-000000039 to WF-000000164 and LIFETRADE_PL_00148421 to LIFETRADE_PL_00148427 and designated as "Confidential" pursuant to the terms of the Protective Order, Dkt. 223, as well as the brief of Third Party Defendant, John Marcum, which discusses these exhibits.

Third Party Defendant seeks to file these documents under seal because they reference, describe, and/or contain materials and/or information designated by other parties as Confidential

#6483401v1



February 1, 2023
Page 2

under the Protective Order and information that may be commercially sensitive to the Parties. Third Party Defendant thus seeks leave to file these documents under seal.

        Respectfully submitted,
        *s/Arnold C. Lakind*
        Arnold C. Lakind
        Janine G. Bauer
        SZAFERMAN, LAKIND,
         BLUMSTEIN & BLADER, P.C.
        101 Grovers Mill Road, Suite 200
        Lawrenceville, NJ 08648
        Telephone: (609) 275-0400
        Facsimile: (609) 275-4511
        alakind@szaferman.com
        jbauer@szaferman.com
        Attorneys for Third Party Defendant,
         John Marcum

cc: All counsel of record via ECF

**SO ORDERED:**

*/s/ Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE    4/27/2023

In light of Defendant John Marcum's letter at ECF No. 978 withdrawing the letter motion to seal, the Clerk of the Court is respectfully requested to close the letter motion at ECF No. 970.

#6483401v1