IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE LIFETRADE LITIGATION: | ) | CASE NO. 1:17-CV-02987 |
| This Document Relates to: All Actions | ) ) ) ) ) ) ) ) ) ) ) ) | NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL FORMER LIFETRADE COUNSEL LOCKE LORD, LLP TO PRODUCE DOCUMENTS RELATED TO THE REPRESENTATION (DKT 1055) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2023

PLEASE TAKE NOTICE that Plaintiffs hereby withdraw the Motion to Compel Former Lifetrade Counsel Locke Lord, LLP to Produce Documents Related to the Representation (Dkt 1055). Plaintiffs reserve the right to refile the motion as appropriate.

.

Dated: May 19, 2023

SO ORDERED:

*/s/ Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE  5/23/2023

As this motion (ECF No. 1061) withdraws the motion at ECF No. 1055, the Clerk of the Court is respectfully requested to close the motions at ECF No. 1055 and ECF No. 1061.

Respectfully submitted,

WATERS & KRAUS, LLP

*/s/ Peter A. Kraus*

PETER A. KRAUS
(Admitted *Pro Hac Vice*)
3141 Hood Street, Suite 700
Dallas, TX  75219
(214) 357-6244
kraus@waterskraus.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Notice of Withdrawal of Plaintiffs' Motion to Compel Former Lifetrade Counsel Locke Lord, LLP to Produce Documents Related to the Representation (Dkt 1055) has been served this 19th day of May, 2023, on all counsel of record pursuant to the Federal Rules of Civil Procedure.

_____

Peter A. Kraus
(Admitted *Pro Hac Vice*)
3141 Hood Street, Suite 700
Dallas, Texas  75219
214-357-6244
kraus@waterskraus.com