USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE LIFETRADE LITIGATION:             **ORDER**

           17-CV-2987 (JPO)(KHP)

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       In response to the parties' letters at ECF No. 1070 and 1071, the Court orders the below.

       The deposition of Dan Norton shall take place on June 29 as neither party has raised an objection to that date. By June 9, 2023, Plaintiffs shall confirm they have served subpoenas on Maple Life and Antonio Com. The depositions of Maple Life and Antonio Com shall take place no later than July 12.

       The deposition of John Marcum must be completed by June 16, 2023.

       The Court will not require that Thomas Cambern sit for a deposition during his vacation, and the parties are reminded that where conflicts or emergencies arise, they shall extend professional courtesies. The parties shall take all other depositions by June 30, 2023. The Court will hear argument regarding the deposition of Mr. Cambern at the conference on July 13, 2023. Plaintiffs shall provide good cause for failing to complete his deposition by June 30 on the dates offered by Wells Fargo if they wish to continue his deposition.

       The Wells Fargo Defendant shall produce documents used to refresh recollection consistent with this Court's prior ruling at ECF No. 1059.

**SO ORDERED.**

Dated: June 2, 2023
      New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge