```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**IN RE LIFETRADE LITIGATION:**                    <u>ORDER</u>

17-CV-2987 (JPO)(KHP)

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Wells Fargo Defendant has objected to the public filing of Exhibit A to ECF No. 1070 because it is a rough draft of a deposition transcript that Defendant has not had an opportunity to review for confidentiality designations or sign. After review, the Court is satisfied that sealing the exhibit is proper under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Given the nature of the document as a rough draft and the contents of the letter motion, the public presumption of access is lower than the parties' interest in reviewing the deposition transcript prior to public disclosure.

**The Clerk of the Court is directed to seal the exhibit at ECF No. 1070-1.**

**SO ORDERED.**

Dated: June 7, 2023
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge