UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**IN RE LIFETRADE LITIGATION:**                 <u>ORDER</u>

                                                   17-CV-2987 (JPO)(KHP)

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As the Court's orders at ECF Nos. 1067 and 1074 addresses the letter motion at ECF No. 1062, **the Clerk of the Court is requested to close the letter motion at ECF No. 1062**.

**SO ORDERED.**

Dated: June 12, 2023
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2023