UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE LIFETRADE LITIGATION:

-----------------------------------------------------------------X

<u>ORDER</u>

17-CV-2987 (JPO)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Wells Fargo Defendant filed a motion to seal in connection to its reply memorandum in support of their early motion for summary judgment on statute of limitations and lack of derivative standing.  (ECF No. 997.)  The documents include ones annexed to the Carrero Decl. (ECF No. 998) that were produced in discovery with a "confidential designation" and are copies of a LTrade Plus Account Application for Top Choice Investments Limited (Exhibit 62) and Lifetrade Fund B.V. Account Application for Kleinburg Finance Ltd. (Exhibit 63).  After review, the Court is satisfied sealing exhibits 62 and 63 is proper under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).  Given the nature of the document as account applications with sensitive personal identifying information, the public presumption of access is lower than the parties' interest in protecting this type of information.

Also annexed to the declaration is Exhibit 64, which is an email from ma2020@kme.biglobe.ne.jp to masayuki.bunya@plaza-am.co.jp attaching the RIS NOTIFICATION from Lifetrade Life Settlements Limited to the Irish Stock Exchange.  After review, the Court finds sealing exhibit 64 is not proper under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).  Given the nature of the document is a market update from over a decade ago, the public presumption of access is higher than the parties' interest.

**By July 7, 2023**, the Wells Fargo Defendants is ordered to refile the declaration at ECF No. 998 in accordance with this order.

**SO ORDERED.**

Dated: June 28, 2023
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge