```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   IN RE LIFETRADE LITIGATION:                                         ORDER

                                                                 17-CV-2987 (JPO)(KHP)


-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed during the case management conference on July 13, 2023, the Court orders the following:

- In light of Plaintiffs' representation that they withdraw their request to depose Antonio Com and withdraw the letter motion to compel regarding the dispute about Jones Days' representation of Com and Dan Norton, the motion at ECF Nos. 1119 and 1120 is denied as moot.

- The deadline for affirmative expert reports is **September 25, 2023**. Rebuttal reports are due **November 13, 2023**. Replies are due **December 11, 2023**. The deadline for all expert depositions is **December 29, 2023**. The parties shall produce all materials relied on by experts along with any and all expert reports.

- Fact discovery is now closed with limited exceptions. The depositions of Maple Life Analytics ("MLA") and Thomas Cambern are permitted as follows:

    o Maple Life's letter motion for a protective order at ECF No. 1113 is granted in part and denied in part. The deposition of MLA must be taken by **August 31, 2023**. The deposition shall be limited to MLA's report on the 2012 settlement agreement and not on any role MLA may have played in the sale of the residual portfolio.

- - Plaintiffs' letter motion to compel Cambern's deposition at ECF No. 1109 is granted. The deposition of Cambern shall be taken by **August 31, 2023**. The deposition shall be limited to 3.5 hours.

- Plaintiffs' letter motion at ECF No. 1065 to compel Locke Lord to produce documents is granted in part and denied in part. The Court finds that all of the Lifetrade entities are defunct so that the entities no longer hold attorney-client privilege. The noticed former law firms, Locke Lord and Dechert, shall produce documents related to the 2012 settlement agreement. The deadline to produce these documents is **July 31, 2023**.

- Plaintiffs' letter motion to compel Withers Berman at ECF No. 1110 is granted in part and denied in part. By **July 19, 2023**, Plaintiffs shall provide Withers with dates that Lifetrade entered into loan renewals from September 1, 2010 through the end of 2012. Withers shall produce documents related to the loan renewals by **August 2, 2023**.

- Plaintiffs shall file their proposed letter motion regarding production of policy documents by **Wednesday, July 19, 2023**. Wells Fargo Defendants shall respond by **July 24, 2023**.

**The Clerk of the Court is respectfully requested to close ECF Nos. 1065, 1109, 1110, 1113, 1119, and 1120 pursuant to this Order.**

**SO ORDERED.**

Dated: July 17, 2023
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge