USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/07/2023

**PHILLIPS & PAOLICELLI, LLP**
ATTORNEYS AT LAW
747 THIRD AVENUE
6TH FLOOR
NEW YORK, NY 10017

(212) 388-5100
FAX: (212) 388-5200

**MEMO ENDORSED**

*Application granted. November 14, 2023 conference adjourned sine die.*

*Katharine H. Parker*
*USMJ*
*11-7-2023*

November 7, 2023

VIA ECF

Hon. Katharine H. Parker, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

Re:   *In re Lifetrade Litigation*, No.1:17-cv-02987-JPO-KHP

Dear Judge Parker:

We write jointly on behalf of all parties to respectfully request that the case management conference presently scheduled for Tuesday, November 14, 2023, at 2:00 pm be adjourned. The Court has set the next case management conference, presently set for Tuesday, January 23, 2023, at 2:00 pm, and the parties are also to submit a joint status letter to the Court by December 15, 2023. ECF No. 1172.

The parties are proceeding under the Court's expert discovery schedule and are aware of no emergent or pressing issues that require the Court's immediate attention, and do not believe that any party would be prejudiced by the brief delay proposed.

Respectfully submitted,

/s/ *Marc C. Gorrie*
Steven J. Phillips
Diane Paolicelli
Marc C. Gorrie
PHILLIPS & PAOLICELLI, LLP
747 Third Avenue, 6th Floor
New York, NY 10017
(212) 388-5100

*Attorneys for Plaintiffs*

/s/ *Kelly A. Carrero*
Jayant W. Tambe
Kelly A. Carrero
Mahesh V. Parlikad
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3604

*Attorneys for the Wells Fargo Defendants*

{00081162}