# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

IN RE LIFETRADE LITIGATION            17 **CIVIL** 2987 (JPO)

## JUDGMENT

-------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 23, 2025, Wells Fargo's motion for summary judgment as to Plaintiffs' remaining claims is GRANTED; Plaintiffs' motion for summary judgment is DENIED; Marcum's motion for summary judgment as to Wells Fargo's third-party claims is DENIED AS MOOT; Marcum's contribution and indemnification claims as to Wells Fargo are DISMISSED AS MOOT; Wells Fargo's motion for summary judgment as to Marcum's additional counterclaims is GRANTED; Marcum's motion for oral argument, Wells Fargo's motions to exclude Plaintiffs' expert witnesses and strike Plaintiffs' expert disclosures, and Plaintiffs' motion to preclude the testimony of James Toole are DENIED AS MOOT.

**Dated:** New York, New York

       January 24, 2025

                                               **TAMMI M. HELLWIG**

                                                    **Clerk of Court**

                  **BY:** _/s/ Negam Dulel_

                                                     **Deputy Clerk**