USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE LIFETRADE LITIGATION:

ORDER SCHEDULING TELEPHONE CONFERENCE

17-CV-2987 (JPO)(KHP)

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephone conference in this matter to discuss the dismissal of the claim against the Estate of Roy G. Smith is hereby scheduled for **Monday, February 3, 2025 at 10:00 a.m.** The parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (646) 453-4442, ID: 769 486 607#.**

**Counsel for the Estate must participate in this proceeding.**

SO ORDERED.

Dated: January 28, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge