USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS RAMIRO AVILES, et al., Plaintiffs, -v- S&P GLOBAL, INC., et al., Defendants. | 17-CV-2987 (JPO) (KHP) |
| FERNANDO RAUL BENEDETTO, et al., Plaintiffs, -v- ATC REALTY FIFTEEN, INC., et al., Defendants. | 17-CV-6087 (JPO) (KHP) |
| HORACIO NESTOR ACEBEDO, et al., Plaintiffs, -v- ATC REALTY FIFTEEN, INC., et al., Defendants. | 17-CV-7034 (JPO) (KHP) |
| FREDERICO ALVAREZ, et al., Plaintiffs, -v- ATC REALTY FIFTEEN, INC., et al., Defendants. | 18-CV-128 (JPO) (KHP) |
| HECTOR JORGE ARECO, et al., Plaintiffs, -v- ATC REALTY FIFTEEN, INC., et al., Defendants. | 18-CV-2416 (JPO) (KHP) |

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge**

On February 3, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference, **by February 10, 2025**, Plaintiffs shall file a renewed motion on whether the remaining claims in this case should be dismissed with or without prejudice. **By February 24, 2025**, Defendants and the Estate of Roy G. Smith shall file their opposition. **By March 3, 2025**, Plaintiffs shall file their reply. Further, **by February 10, 2025**, the parties shall file a stipulation or unopposed motion to reconsider/correct the judgment under either Rule 59(e) or Rule 60(a) of the Federal Rules of Civil Procedure. The parties have reserved all rights under Rule 54(b).

**SO ORDERED.**

DATED:  New York, New York
        February 3, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge