UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIFETRADE LITIGATION:<br><br>This Document Relates to: All Actions | CIVIL ACTION NO.<br>1:17-cv-02987-JPO-KHP |

## ORDER

The Court, having reviewed the Stipulated Motion to Reconsider or Correct pursuant to Fed. R. Civ. P. 59(e) and 60(a) (ECF No. 1286), Orders as follows:

The Court's Order of January 24, 2025 (ECF No. 1276) "dismissing all remaining claims in this case" is amended to include only Plaintiffs' claims respecting the Wells Fargo Defendants and to exclude Plaintiffs' claims respecting the Estate.

Dated: February 11, 2025

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge