UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE LIFETRADE LITIGATION

17-CV-2987 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

On May 6, 2025, the Court denied Plaintiffs' motion to dismiss without prejudice all claims against the Estate of Roy G. Smith (the "Estate") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. On May 13, 2025, Plaintiffs submitted a letter stating that "there is no objection with the Court moving forward with dismissal of the claims against the Estate *with prejudice*." (ECF No. 1292.)

Accordingly, Plaintiffs' remaining claims against the Estate are hereby DISMISSED WITH PREJUDICE.

This order confirms that all claims against all parties in this case have now been resolved. Because the Clerk's Judgment entered on January 24, 2025 (ECF No. 1277), was entered before the claims against the Estate had been resolved, it was not a final judgment as to all claims in this case—as clarified by this Court's order dated February 11, 2025 (ECF No. 1287).

Accordingly, the Clerk of Court is directed to enter an Amended Judgment dismissing all remaining claims, which will be the final judgment in this case.

SO ORDERED.

Dated: May 16, 2025
New York, New York

_____
J. PAUL OETKEN
United States District Judge