UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
IN RE LIFETRADE LITIGATION

17 CIVIL 2987 (JPO)

# AMENDED JUDGMENT

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 23, 2025 and Order dated May 16, 2025, Wells Fargo's motion for summary judgment as to Plaintiffs' remaining claims is GRANTED; Plaintiffs' motion for summary judgment is DENIED; Marcum's motion for summary judgment as to Wells Fargo's third-party claims is DENIED AS MOOT; Marcum's contribution and indemnification claims as to Wells Fargo are DISMISSED AS MOOT; Wells Fargo's motion for summary judgment as to Marcum's additional counterclaims is GRANTED; Marcum's motion for oral argument, Wells Fargo's motions to exclude Plaintiffs' expert witnesses and strike Plaintiffs' expert disclosures, and Plaintiffs' motion to preclude the testimony of James Toole are DENIED AS MOOT. Plaintiffs' remaining claims against the Estate are hereby DISMISSED WITH PREJUDICE. Amended Judgment is hereby entered dismissing all claims against all parties.

**Dated:** New York, New York

May 19, 2025

**TAMMI M. HELLWIG**
  _____
  **Clerk of Court**

**BY:**   _Negam Dulal_
  **Deputy Clerk**